UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND R. HORWATH, THE WHEAT BEER COMPANY, L.P. and STARR MILANO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED MANAGEMENT, INC., ADLER FELS WINERY, LLC, DAVID COLEMAN and AMERIVINE, INC., and DOES 1-50.<br><br>Defendants. | Case No. C 06 03134 CRB<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Judge:** Hon. Charles R. Breyer<br>**Place:** Courtroom 8 |

Having read and considered the foregoing stipulation from the parties, and GOOD CAUSE APPEARING:

The Court hereby continues the Initial Case Management Conference from August 18, 2006 to September 15, 2006.

**IT IS SO ORDERED.**

DATED: July 21, 2006

_____
The Honorable Charles R. Breyer
Judge of the U.S. District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. C 06 03134 CRB**