1  PATRICK T. MICHAEL (State Bar No. 169745)
   pmichael@nixonpeabody.com
2  JANELLE SMITH (State Bar No. 231801)
   jsmith@nixonpeabody.com
3  NIXON PEABODY LLP
   Two Embarcadero Center, Suite 2700
4  San Francisco, CA  94111
   Telephone:  (415) 984-8200
5  Facsimile:   (415) 984-8300

6  Attorneys for Defendant
   ALLIED MANAGEMENT, INC.
7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  RAYMOND R. HORWATH, THE WHEAT       Case No. C 06 03134 CRB
    BEER COMPANY, L.P. and STARR
13  MILANO, INC.,                       **SECOND STIPULATION EXTENDING
                                        THE TIME FOR DEFENDANTS TO
14              Plaintiffs,             RESPOND TO THE COMPLAINT**

15       v.
                                        **Judge:** Hon. Charles R. Breyer
16  ALLIED MANAGEMENT, INC., ADLER      **Place:** Courtroom 8
    FELS WINERY, LLC, DAVID COLEMAN
17  and AMERIVINE, INC., and DOES 1-50.

18              Defendants.

19

20       The parties hereto hereby stipulate and agree, through their counsel of record, as follows:

21       WHEREAS, pursuant to the agreement of the parties, a first stipulation was filed in this action

22  extending the time to August 21, 2006 for the Defendants to respond to the Complaint so that the

23  parties could engage in settlement discussions;

24       WHEREAS, the parties have made substantial progress in their settlement discussions and

25  believe that further extending the Defendants' time to respond to the Complaint will facilitate these

26  settlement efforts;

27

28

SECOND STIPULATION EXTENDING TIME FOR                                    S551520.1
DEFENDANTS TO RESPOND TO THE COMPLAINT
CASE NO. C 06 03134 CRB

1    WHEREAS, the parties have agreed to further extend the Defendants' time to respond to the

2    Complaint until September 11, 2006; and

3

4    **IT IS SO STIPULATED.**

5

6    DATED:        August 7, 2006                            NIXON PEABODY LLP

7

8                                                            By: _____

9                                                            PATRICK T. MICHAEL
                                                             JANELLE SMITH

10                                                           Attorneys for Defendant
                                                             ALLIED MANAGEMENT, INC.

11

12   DATED:        August 16, 2006                           CARLE MACKIE POWER & ROSS LLP

13

14                                                           By: _____

15                                                           JAY M. BEHMKE
                                                             DAWN M. ROSS

16                                                           GREGORY WALSH
                                                             Attorneys for Plaintiffs

17                                                           RAYMOND R. HORWATH, THE
                                                             WHEAT BEER COMPANY, L.P.

18   DATED:        August  , 2006                            BAKER AND RANNELLS, PA

19

20                                                           By: _____

21                                                           NEIL B. FRIEDMAN
                                                             Attorneys for Defendants

22                                                           ALLIED MANAGEMENT, INC., ADLER
                                                             FELS WINERY, LLC, DAVID COLEMAN

23                                                           and AMERIVINE, INC.,

24

25

26

27

28

-2-

1    WHEREAS, the parties have agreed to further extend the Defendants' time to respond to the

2    Complaint until September 11, 2006; and

3

4    **IT IS SO STIPULATED.**

5

6    DATED:        August  , 2006                    NIXON PEABODY LLP

7

8                                                By: _____

9                                                    PATRICK T. MICHAEL
                                                     JANELLE SMITH
10                                                   Attorneys for Defendant
                                                     ALLIED MANAGEMENT, INC.

11

12   DATED:        August  , 2006                    CARLE MACKIE POWER & ROSS LLP

13

14                                               By: _____

15                                                   JAY M. BEHMKE
                                                     DAWN M. ROSS
16                                                   GREGORY WALSH
                                                     Attorneys for Plaintiffs
17                                                   RAYMOND R. HORWATH, THE
                                                     WHEAT BEER COMPANY, L.P.

18   DATED:        August 16, 2006                   BAKER AND RANNELLS, PA

19

20                                               By: _____

21                                                   NEIL B. FRIEDMAN
                                                     Attorneys for Defendants
22                                                   ALLIED MANAGEMENT, INC., ADLER
                                                     FELS WINERY, LLC, DAVID COLEMAN
23                                                   and AMERIVINE, INC.,

24                                               August 21, 2006

25   IT IS SO ORDERED

     Judge Charles R. Breyer

26

27

28                                                   -2-