1  Dawn M. Ross (143028)
   Gregory Walsh (209763)
2  CARLE, MACKIE, POWER & ROSS LLP
   100 B Street, Suite 400
3  Santa Rosa, California 95401
   Telephone: (707) 526-4200
4  Facsimile: (707) 526-4707

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND R. HORWATH, THE WHEAT BEER COMPANY, L.P. and STARR MILANO, INC. | Case No. C 06-03134 CRB |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ALLIED MANAGEMENT, INC., ADLER FELS WINERY, LLC, DAVID COLEMAN and AMERIVINE, INC., and DOES 1-50, | |
| Defendants. | |

Plaintiffs RAYMOND R. HORWATH, THE WHEAT BEER COMPANY, L.P., STARR MILANO, INC. and Defendants ALLIED MANAGEMENT, INC., ADLER FELS WINERY, LLC, DAVID COLEMAN and AMERIVINE, INC. by their undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) stipulate and agree that all clams shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs pursuant to the parties' written settlement agreement.

CARLE, MACKIE,
POWER & ROSS LLP

Case No.:                                                              1

1  Stipulated and agreed to this 7th day of September, 2006:

CARLE, MACKIE, POWER & ROSS LLP

_____
Dawn Ross
Attorneys for Plaintiffs Raymond R. Horwath, The Wheat Beer Company, L.P. and Starr Milano, Inc.

///

BAKER & RANELLS, P.A.

_____
Neil B. Friedman
Attorneys for Defendants Allied Management, Inc., Adler Fels Winery, LLC David Coleman and Amerivine, Inc.

NIXON PEABODY LLP

_____
Patrick T. Michael
Attorneys for Defendant
Allied Management, Inc.

IT IS SO ORDERED
Judge Charles R. Breyer

September 12, 2006